1
2
3
4
5
6
7
8
9
10



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No. *12-1131M* |
| 12 | Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| 13 | v. ) | (Fed.R.Crim.P. 32.1(a)(6)) |
| | | 18 U.S.C. § 3143(a) |
| 14 | *Haykaz Mansuryan* ) | · Allegations of Violations of Probation/Supervised Release |
| 15 | Defendant. ) | Conditions) |

On arrest warrant issued by the United States District Court for

the  *District of Kansas*  involving alleged violations of

conditions of probation/supervised release:

    1.   The court finds that no condition or combination of

        conditions will reasonably assure:

        A.   ( ✓ ) the appearance of defendant as required; and/or

        B.   ( ✓ ) the safety of any person or the community.

///
///
///
///
///

28

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

criminal history

history of substance abuse

arrest while on supervision

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: History of substance abuse

History of non-compliance

IT IS ORDERED that defendant be detained.

DATED: 5-8-12

_____
United States Magistrate Judge